AO 91 (Rev. 08/09) Criminal Complaint

# UNITED STATES DISTRICT COURT
for the
Eastern District of Virginia

| | |
|---|---|
| United States of America<br>v.<br>Hnia Amal<br><br>*Defendant(s)* | )<br>)<br>) Case No. 1:14MJ119<br>)<br>)<br>) |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.
On or about the date(s) of __12/25/2007 through 12/3/2010__ in the county of __Fairfax__ in the __Eastern__ District of __Virginia__, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 8 United States Code, Section 1324(a)(1)(A)(iii) and (B)(i)<br>18 United States Code, Section 2 | Aiding and Abetting Alien Harboring for Commercial Advantage and Private Financial Gain |

This criminal complaint is based on these facts:
The defendant, for purposes of commercial advantage and private financial gain, did conceal, harbor, and shield from detection, a person with the initials "F.H.", an alien in the defendant's house, knowing and in reckless disregard of the fact that such alien had come to, entered, and remained in the United States in violation of law.

☑ Continued on the attached sheet.

Reviewed by AUSA/SAUSA:

C. Alexandria Bogle

_____
*Complainant's signature*

Keith Palli, Special Agent
*Printed name and title*

Sworn to before me and signed in my presence.

/s/
Theresa Carroll Buchanan
United States Magistrate Judge

Date: __March 4, 2014__

*Judge's signature*

The Honorable Theresa C. Buchanan, United States Magistrate Judge

City and state: __Alexandria, Virginia__
*Printed name and title*